# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

GENESIS ATTACHMENTS, LLC,

Plaintiff/Counter Defendant,

Case No. 19-cv-11266
Hon. Matthew F. Leitman

v.

DETROIT EDGE TOOL COMPANY,

Defendant/Counter Plaintiff.

## ORDER GRANTING JOINT MOTION TO STAY

This matter comes before the Court pursuant to the Joint Motion for Stay of Plaintiff Genesis Attachments, LLC ("Genesis") and Defendant Detroit Edge Tool Company ("DETCO").

The Parties have informed the Court that they have been diligently working towards settlement and recently reached a settlement in principle. They now request by their Joint Motion a one month stay until November 11, 2019 of all obligations and deadlines under the Scheduling Order (Dkt. No. 17), the ESI Discovery Protocol Order (Dkt. No. 22) and the Stipulated Order Setting Deadline for Detroit Edge Tool Co. to Answer or Otherwise Respond to First Amended Complaint (Dkt. No. 24) in order to finalize their settlement agreement and to file a stipulation of dismissal with prejudice. Following communications with Special Master Dobrusin, the Special Master recommends that the Court grant the requested stay until November 11, 2019.

Based upon the Joint Motion of the Parties, the recommendation of Special Master Dobrusin, and all of the records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The motion of the Parties is **GRANTED;**

2. The Parties shall have until **November 11, 2019** to finalize their settlement agreement and to file a Stipulation of Dismissal with Prejudice;

3. All deadlines and obligations of the Parties under the Scheduling Order, the ESI Discovery Protocol Order, and the and the Stipulated Order Setting Deadline for Detroit Edge Tool Co. to Answer or Otherwise Respond to First Amended Complaint are stayed until **November 11, 2019**; and

4. If the Parties cannot finalize their Settlement Agreement by November 11, 2019, counsel for the Parties and the Special Master will convene a conference to adjust the deadlines, keeping the trial and final pre-trial conference dates the same.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 11, 2019, by electronic means and/or ordinary mail.

                                                                 s/Holly A. Monda
                                                                 Case Manager
                                                                 (810) 341-9764