# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENESIS ATTACHMENTS, LLC,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>DETROIT EDGE TOOL COMPANY,<br><br>Defendant/Counter Plaintiff. | Court No. 4:19-cv-11266-MFL-MKM<br>Honorable Matthew F. Leitman<br>Magistrate Judge Mona K. Majzoub<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY IN VIEW OF IMMINENT SETTLEMENT

This matter comes before the Court pursuant to the Joint Motion to Continue Stay in View of Imminent Settlement of Plaintiff Genesis Attachments, LLC ("Genesis") and Defendant Detroit Edge Tool Company ("DETCO").

The Parties have informed the Court that they have reached a settlement in principle and have been diligently working towards executing a final written settlement agreement. They now request by their Joint Motion a three-week continuation of the present stay (Dkt. No. 26), until December 2, 2019, in order to finalize their settlement agreement and to file a stipulation of dismissal with prejudice. Following communications by the parties with Special Master Dobrusin,

the Special Master recommends that the Court grant the Joint Motion and continue the present stay until December 2, 2019.

Based upon the Joint Motion of the Parties, the recommendation of Special Master Dobrusin, and all of the records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The motion of the Parties is **GRANTED;**
2. The Parties shall have until **December 2, 2019** to finalize their settlement agreement and to file a Stipulation of Dismissal with Prejudice;
3. All deadlines and obligations of the Parties under the Scheduling Order, the ESI Discovery Protocol Order, and the Stipulated Order Setting Deadline for Detroit Edge Tool Co. to Answer or Otherwise Respond to First Amended Complaint are stayed until **December 2, 2019**; and
4. If the Parties cannot finalize their Settlement Agreement by December 2, 2019, counsel for the Parties and the Special Master will convene a conference to adjust the deadlines, keeping the trial and final pre-trial conference dates the same.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764